(May 18, 1945.)

EMMETT G. MICKELSON, Respondent, v. HARRY M. NORRIS, Defendant, and DIEBOLD SAFE & LOCK COMPANY, Appellant.

*Per Curiam.* The order denying the motion to set aside the verdict as excessive reads in part as follows:

"1. If the plaintiff will accept and the defendants will pay $20,000.00, the verdict will be reduced to $20,000.00.

"2. If the defendants will pay, but the plaintiff will not accept $20,000.00, the verdict will be set aside and a new trial ordered.

"3. If the plaintiff will accept but the defendants will not pay $20,000.00 the motions to set the verdict aside will be denied."

There is no authority for this practice.

We do not consider this verdict excessive in view of the very serious injuries shown.

The judgment and order should be affirmed, with costs.

Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ., concur.

Judgment and order unanimously affirmed, with costs. [See *post*, p. 819.]

MORRIS H. WEBER, as Administrator of the Estate of SYLVIA REGGES, Deceased, Appellant, v. STERN BROTHERS, Respondent.— Judgment and order unanimously reversed, with costs, and the motion denied on the authority of *Grossman* v. *Consolidated Edison Co.* (294 N. Y. 39). Order of this court entered February 23, 1945 (*ante*, p. 661), vacated. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WINDSOR FURNITURE CORPORATION, Respondent, v. ALLYN UPHOLSTERY CO., Appellant.— Order unanimously modified by denying that branch of plaintiff's motion which seeks summary judgment for the amount demanded in the complaint, upon the ground that questions of fact are presented which should be determined upon a trial, and as so modified the order and the judgment are affirmed, with costs to the appellant. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 901.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. D. P. MacGUIRE, etc., et al., as Trustees under the Will of JAMES BUTLER, Deceased, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. [681-695 E. Tremont Ave., Borough of Bronx.] — Order unanimously modified as to the year 1939-40 by reducing the land value for that year to the sum of $145,000 and the land and building value to $181,000, and otherwise affirmed, with $20 costs and disbursements to the relator-appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.